MICHAEL LEVIS, Appellant, v. ALONZO E. DeBAUN, Respondent, and Others, Defendants.— Order and judgment unanimously affirmed, with costs. No opinion. Record in *DeBaun* v. *Block* (224 App. Div. 661) examined. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH J. MARGOLIN, Respondent, v. LOUIS SILVER, as President, and LOUIS SELTZER, as Secretary of the Union of Orthodox Rabbis of United States and Canada, an Unincorporated Association, and Others, Appellants.— Order denying defendants' motion to direct plaintiff to serve an amended complaint stating and numbering separately his alleged cause of action and extending defendants' time to answer reversed upon the law, without costs, motion granted, without costs, and the plaintiff directed to serve an amended complaint accordingly within ten days after service of a copy of the order to be made upon this decision with notice of entry thereof. The first cause of action in the complaint states two causes of action, each upon a separate and distinct libel, and defendants are entitled to have them separated and numbered. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

JAMES MERCOGLIANO, an Infant, by LOUIS MERCOGLIANO, His Guardian ad Litem, Amended to Read ANTONIO MERCOGLIANO, His Guardian ad Litem, Appellant, v. PETER F. CONNOLLY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH MITCHELL, Appellant, v. REUBEN SCHATZ and EDWARD FRIEDMAN, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. JOSEPH CERCHIA and Others, Defendants; JAMES McCARTNEY and ARDSLEY LUMBER CO., INC., Appellants.—Amended judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. The determination of the issue of fact as to whether or not the title company made the agreement asserted against it by defendants Ardsley Lumber Co., Inc., and James McCartney is against the weight of the evidence. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Kapper, J., dissents and votes to affirm. Settle order on notice.

NYGAARD FLOORING CO., INC., Respondent, v. EL JOSH REALTY CORPORATION and ADNORMA HOLDING CORPORATION, Appellants, and 814 44TH STREET CORPORATION and LAWYERS MORTGAGE COMPANY, Defendants.— Order denying motion for judgment on the pleadings reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the complaint does not state facts sufficient to constitute a cause of action. The conveyance set forth in the complaint was made before the amendment to section 7 of the Lien Law.■ Young, Carswell and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent upon the ground that the sufficiency of the complaint as a matter of pleading was determined by a prior motion.

DAGMAR OLSEN, as Administratrix, etc., of MICHAEL OLSEN, Deceased, Respond-